# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO: 3:06-CV-161-RJC-DCK

| | |
|---|---|
| EMPOWERED BENEFITS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BLUE CROSS BLUE SHIELD OF TENNESSEE, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. On June 5, 2007, the undersigned issued an "Order" (Document No. 24) staying this matter pending arbitration between the parties. Since then, there has been no activity reflected on the docket sheet for this case.

**IT IS, THEREFORE, ORDERED** that the parties shall file a joint report on the status of this case and the parties' arbitration, or a stipulation of dismissal, on or before **October 17, 2008**.

Signed: September 24, 2008

David C. Keesler
United States Magistrate Judge